COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 August 27, 2015
 No. 10-15-00138-CV
 IN THE MATTER OF HELEN C. WOOTEN, CSR
 
 
 From the 87[th] District Court
 Leon County, Texas
 Trial Court No. 0-10-465
 
--------------------------------------------------------------------------------
JUDGMENT

 It is the judgment of the Court that this proceeding is administratively closed.

 A copy of this judgment will be certified by the Clerk of this Court. 
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk